1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| STEVEN RUPP, et al., | Case No.: 8:17-cv-00746-JLS-JDE |
|---|---|
| Plaintiffs, | **[PROPOSED] ORDER REGARDING THE JOINT STIPULATION TO FILE A THIRD AMENDED COMPLAINT** |
| vs. | |
| XAVIER BECERRA, in his official capacity as Attorney General of the State of California, | |
| Defendant. | |

1
[PROPOSED] ORDER

1  Pursuant to stipulation of the parties to file a third amended complaint (Dkt. 56), the Third Amended Complaint attached to the Stipulation as Exhibit 1 is hereby deemed filed and served.

Pursuant to the parties' agreement within the Stipulation, Defendant Xavier Becerra's deadline to respond to the Third Amended Complaint is July 5, 2018.

IT IS SO ORDERED.

Dated: _____, 2018

                 Hon. Josephine L. Staton
                 United States District Judge