XAVIER BECERRA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General
JOHN D. ECHEVERRIA
PETER H. CHANG
Deputy Attorney General
State Bar No. 241467
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 510-3776
  Fax: (415) 703-1234
  E-mail: Peter.Chang@doj.ca.gov
*Attorneys for Defendant Xavier Becerra*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| STEVEN RUPP, et al.,<br><br>               Plaintiffs,<br><br>vs.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of the State of California,<br><br>               Defendant. | Case No.: 8:17-cv-00746-JLS-JDE<br><br>**JOINT STIPULATION AND REQUEST TO SET BRIEFING AND HEARING SCHEDULE FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT**<br><br>Honorable Josephine L. Staton |

## INTRODUCTION

Pursuant to Local Rule 7-1, the parties, Plaintiffs Steven Rupp, Steven Dember, Cheryl Johnson, Michael Jones, Christopher Seifert, Alfonso Valencia, Troy Willis, Dennis Martin, and California Rifle & Pistol Association, Incorporated (collectively "Plaintiffs") and Defendant Xavier Becerra, in his official capacity as Attorney General of the State of California ("Defendant") (collectively, the "Parties"), through their respective attorneys of record, hereby request that the Court enter the stipulated briefing and hearing schedule for the Parties' cross-motions for summary judgment, as set forth herein.

## RECITALS AND GROUNDS FOR RELIEF

WHEREAS, the Court has set March 25, 2019, as the last day to file motions (excluding *Daubert* motions and all other motions in limine), Dkt. No. 70;

WHEREAS, both Parties expect to file motions for summary judgment on March 25, 2019;

WHEREAS, the Parties have stipulated to a briefing and hearing schedule that will provide them sufficient time to respond to each other's motions and that will accommodate the schedules of their respective counsel;

WHEREAS, the stipulated schedule would not alter the date of any event or deadline already fixed by Court order or progress of the case; and

WHEREAS, for these reasons, good cause exists to adopt the briefing and hearing schedule as stipulated by the Parties;

THE PARTIES HEREBY STIPULATE, AGREE, AND REQUEST:

That the Court enter the following briefing schedule for the Parties' cross-summary judgment motions:

| | |
|---|---|
| Motion and opening brief: | March 25, 2019 |
| Opposition brief: | May 2, 2019 |
| Reply brief: | May 17, 2019 |
| Hearing: | May 31, 2019 at 10:30 a.m.[1] |

---

[1] Or as soon thereafter as the matter may be heard.

Accordingly, the Parties request that the Court issue the attached Proposed Order granting the stipulation on the briefing and hearing schedule described above.

Dated: February 20, 2019

Respectfully Submitted,
XAVIER BECERRA
ATTORNEY GENERAL OF CALIFORNIA

/s/    Peter H. chang
Peter H. Chang
Attorneys for Defendant

Dated: February 20, 2019

MICHEL & ASSOCIATES, P.C.

/s/  Sean A. Brady (with approval)
Sean A. Brady
Counsel for Plaintiffs

Attestation of Concurrence in Filing

I, Peter H. Chang, am the ECF user whose ID and password are being used to file the foregoing Joint Stipulation and Request to Set Briefing and Hearing Schedule for Cross-Motions for Summary Judgment. Pursuant to Local Rule 5-4.3.4(a)(2), I hereby attest that all signatories listed above, and on whose behalf this filing is submitted, concur in the filings content and have authorized the filing.

Dated: February 20, 2019

/s/    Peter H. Chang
Peter H. Chang
Counsel for Defendant