XAVIER BECERRA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General
JOHN D. ECHEVERRIA
Deputy Attorney General
PETER H. CHANG
Deputy Attorney General
State Bar No. 241467
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 510-3776
Fax: (415) 703-1234
E-mail: Peter.Chang@doj.ca.gov
*Attorneys for Defendant Xavier Becerra*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| **STEVEN RUPP, et al.,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**XAVIER BECERRA, in his official capacity as Attorney General of the State of California, et al.,**<br><br>Defendants. | 8:17-cv-00746-JLS-JDE<br><br>**DEFENDANT'S STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |

## STATEMENT OF UNDISPUTED FACTS

| | Uncontroverted Facts | Supporting Evidence |
|---|---|---|
| 1 | In 1957, the U.S. Army requested Armalite, a small arms manufacturer, to produce a lightweight, high-velocity rifle that could operate in both semi-automatic and full-automatic modes, with firepower capable "of penetrating a steel helmet or standard body armor at 500 yards." | Def. Exh. 1 at 29, ¶ 68. |
| 2 | According to one of the designers of the AR-15, the rifle was engineered to generate "maximum wound effect." | Def. Exh. 1 at 30, ¶ 73. |
| 3 | After field testing in combat operations in Vietnam, the Advanced Research Projects Agency ("ARPA") noted that the "lethality of the AR-15 and its reliability record were particularly impressive." | Def. Exh. 1 at 29, ¶ 68. |
| 4 | The ARPA found that all casualties inflicted by the AR-15 in combat were fatal, including hits to only extremities. | Def. Exh. 1 at 29-30, ¶¶ 68-69. |
| 5 | In a 1989 report, the Bureau of Alcohol Tobacco & Firearms described features such as folding and telescoping stocks, pistol grips, and flash suppressors as "military features and characteristics . . . carried over to the semiautomatic versions of the original military rifle." | Def. Exh. 22 at 1048-49. |
| 6 | In a 1998 study, the Bureau of Alcohol Tobacco & Firearms examined semiautomatic assault | Def. Exh. 21 at 992. |

| | | |
|---|---|---|
| | rifles with what it described as "distinctive military configuration," which incorporated physical features such as the ability to accept a detachable magazine, folding/telescoping stocks, separate pistol grips, and flash suppressors. | |
| 7 | The AR-15 is the civilian version of the military's M-16. | Def. Exh. 2 at 121-22, ¶ 15; Def. Exh. 16 at 818:3-13. |
| 8 | Rifles restricted by the AWCA appear like their military counterparts and possess many of the same features. | Def. Exh. 16 at 787:6-10, 790:10-22. |
| 9 | Rifles restricted by the AWCA are capable of firing the same centerfire rifle rounds as U.S. military rifles and "could have the same high capacity for firepower as the military weapons." Civilian assault rifles commonly use ammunition rounds created mainly for military use. The .223 is the civilian version of 5x56 military round. The .308 is the civilian version of the 7.62x51 NATO round. | Def. Exh. 2 at 128, ¶ 34; *see* Def. Exh. 10 at 320:3-14. |
| 10 | The difference between the M-16 and the AR-15 is that the M-16 is a select-fire rifle that allows the shooter to fire in either automatic or semiautomatic mode, while the AR-15 fires only in semiautomatic mode. | Def. Exh. 45 at 1544; Def. Exh. 16 at 818:3-13. |
| 11 | Semiautomatic weapons can be fired at rates of 300 to 500 rounds per minute. According to a | Def. Exh. 27 at 1090. |

| | | |
|---|---|---|
| | Congressional report, this makes them "virtually indistinguishable in practical effect from machineguns." | |
| 12 | A test by the San Jose police showed that a 30-round magazine empties in slightly less than two seconds on automatic, while the same magazine empties in just five seconds on semiautomatic. | Def. Exh. 20 at 934. |
| 13 | A semiautomatic weapon can be converted to automatic fire by installing certain parts, such as bump stocks or multiburst trigger activators. | Def. Exh. 27 at 1090; Def. Exh. 3 at 140, ¶ 20; Def. Exh. 15 at 642:1-10. |
| 14 | According to a 1989 ATF Report, large-capacity magazines "are indicative of military firearms," and the fact "[t]hat a firearm is designed and sold with a large capacity magazine, e.g., 20-30 rounds, is a factor to be considered in determining whether a firearm is a semiautomatic assault rifle." | Def. Exh. 22 at 1048. |
| 15 | AR-platform rifles capable of accepting detachable magazines take 3 to 5 seconds less to reload than the same rifle with a fixed magazine. | Def. Exh. 10 at 331:7-333:7. |
| 16 | A protruding pistol grip helps to stabilize the rifle during rapid fire and enables a shooter to maintain accuracy. | Def. Exh. 3 at 137-38, ¶ 9; Def. Exh. 22 at 1048; Def. Exh. 11 at 349:11-22; Def. Exh. 16 at 844:6-15; Def. Exh. 19 at 913. |

| | | |
|---|---|---|
| 17 | An assault rifle with a pistol grip would allow a shooter to shoot more accurately and reload faster. | Def. Exh. 3 at 137-38, ¶ 9. |
| 18 | According to a 1989 ATF Report, a pistol grip beneath the action of the rifle can also "be an aid in one-handed firing of the weapon in a combat situation." | Def. Exh. 22 at 1048. |
| 19 | A forward pistol grip on a rifle was a feature of early machineguns; it can help insulate the non-trigger hand from heat during rapid fire. | Def. Exh. 16 at 777:5-11; *see id.* at 774:7-12. |
| 20 | According to a 1989 ATF Report, the "predominant advantage" of a folding or telescoping stock "is for military purposes, and it is not normally found on the traditional sporting rifle." | Def. Exh. 22 at 1048. |
| 21 | A folding or telescoping stock renders the rifle more concealable as would a semiautomatic centerfire rifle that is under 30 inches in length. A semiautomatic centerfire rifle under 30 inches in length is more concealable than the same rifle that is 30 inches or longer. | Def. Exh. 2 at 124, ¶ 21 & 126, ¶ 27. |
| 22 | A flash suppressor is a standard feature of the M-16. | Def. Exh. 16 at 773:1-11. |
| 23 | Flash suppressors can be affixed to the muzzle of a rifle to reduce the flash emitted upon firing, which can aid a shooter in low-light conditions to maintain accurate fire. | Def. Exh. 2 at 125, ¶ 22; Def. Exh. 3 at 138, ¶ 11; Def. Exh. 16 at 855:3-14; Def. Exh. 22 at 1049. |

| | | |
|---|---|---|
| 24 | Flash suppressors can help conceal a shooter's position, especially at night. | Def. Exh. 22 at 1049; Def. Exh. 16 at 836:7-15. |
| 25 | Manufacturers of assault rifles have marketed the rifles to civilians based on their military features and military design. | Def. Exh. 32 at 1277; *see, e.g.*, Def. Exhs. 24-25. |
| 26 | As of November 2, 2018, there were up to approximately 184,552 assault weapons registered with the Department of Justice, of which approximately 166,640 are assault rifles. | Def. Exh. 18 at 895. |
| 27 | There have been up to approximately 194,065 assault weapons that have ever been registered with the Department of Justice, of which up to approximately 175,180 were assault rifles (according to best-available approximately as of November 7, 2018). Many one-time registered weapons may no longer be registered for various reasons including death of the registrant or the registrant became prohibited from possessing the weapon. There are approximately 30.5 million adults in California as of 2018. | Def. Exh. 18 at 895; Def. Exh. 39 at 1511. |
| 29 | Gun ownership is becoming more concentrated. | Def. Exh. 15 at 658:12-22; *see* Def. Exh. 1 at 6-10; Def. Exh. 7 at 252, ¶ 18. |
| 30 | 66 percent of AR- or AK-rifles owners own two or more such rifles. | Def. Exh. 42 at 1532 |

| | | |
|---|---|---|
| 31 | Over 30 percent of AR- or AK-platform rifle owners own three or more such rifles, and over one quarter of owners report having four or more such rifles. | Def. Exh. 42 at 1531, 1535. |
| 32 | The number of fatalities that occur in a mass shooting is correlated with the use of an assault weapon. | Def. Exh. 15 at 728:20-24; Def. Exh. 6 at 232; Def. Exh. 23 at 1067; Def. Exh. 1 at 45, ¶ 109.. |
| 33 | Rifles will penetrate soft body armor designed to stop common handgun rounds. | Def. Exh. 14 at 123:19-124:1; Def. Exh. 11 at 370:5-18.. |
| 34 | Between January 1, 1998 and December 31, 2001, at least 41 of the 211 law enforcement officers slain in the line of duty were killed with assault weapons. | Def. Exh. 31 at 1249. |
| 35 | When a bullet enters a victim's body, it would create a permanent cavity or a permanent cavity and a temporary cavity. A permanent cavity "is the tissue that is actually crushed or destroyed by the projectile's interaction with it." A temporary cavity is caused by tissue being stretched away from the permanent cavity. Handguns do not typically cause temporary cavity damage. | Def. Exh. 14 at 508:15-19, 511:16-24; Def. Exh. 38 at 1505, 1507; Def. Exh. 44 at 1541; Def. Exh. 14 at 511:16-24. |
| 36 | After a rifle round enters the body, it would turn over vertically and exit the body base forward. It would create the greatest permanent wound | Def. Exh. 14 at 504:5-505:5. |

| | | |
|---|---|---|
| | cavity at the point of the maximum vertical rotation. | |
| 37 | The temporary cavity, if one is created, by a handgun wound is typically not as injurious to the tissue as the temporary cavity typically from a rifle wound, and can be more easily treated by a physician. | Def. Exh. 14 at 514:4-23; Def. Exh. 44 at 1541. |
| 38 | During the period in which the federal assault weapons ban was in effect, the use of banned assault weapons in crimes was reduced. | Def. Exh. 15 at 662:14-663:1. |
| 39 | The AWCA is broader than the federal assault weapons ban because, unlike the federal ban's two-feature test, the AWCA restricts centerfire rifles capable of accepting a detachable magazine if it has one of the listed features. | Def. Exh. 15 at 610:4-11. |

Dated: March 25, 2019

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General
JOHN D. ECHEVERRIA
Deputy Attorney General

/s/ Peter H. Chang

PETER H. CHANG
Deputy Attorney General
*Attorneys for Defendant Xavier Becerra*