XAVIER BECERRA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General
JOHN D. ECHEVERRIA
Deputy Attorney General
PETER H. CHANG
Deputy Attorney General
State Bar No. 241467
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 510-3776
Fax: (415) 703-1234
E-mail: Peter.Chang@doj.ca.gov
*Attorneys for Defendant Xavier Becerra*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| **STEVEN RUPP, et al.,,**<br><br>　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>**XAVIER BECERRA, in his official capacity as Attorney General of the State of California, et al.,**<br><br>　　　　　　　　　　Defendants. | 8:17-cv-00746-JLS-JDE<br><br>**DECLARATION OF PETER H. CHANG IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:　　　　May 31, 2019<br>Time:　　　　10:30 a.m.<br>Courtroom:　　10A<br>Judge:　　　　Hon. Josephine L. Staton<br>Trial Date:　　N/A<br>Action Filed: April 24, 2017 |

I, Peter H. Chang, hereby declare and state the following:

1. I am a Deputy Attorney General at the California Department of Justice and serve as counsel to Attorney General Xavier Becerra in the above-titled matter.

2. I made this declaration in support of Defendant's Motion for Summary Judgement. Unless otherwise stated, I have personal knowledge of the facts set forth herein and am competent to testify thereto.

3. Attached are true and accurate copies of the following exhibits:

| Exhibit Number | Document Description | Page Number |
|---|---|---|
| 1 | Expert Report and Declaration of John Donohue (Donohue Rpt.) | 1-117 |
| 2 | Expert Report and Declaration of Blake Graham (Graham Rpt.) | 118-132 |
| 3 | Expert Report and Declaration of Michael Mersereau (Mersereau Rpt.) | 133-143 |
| 4 | Expert Report and Declaration of Christopher Colwell (Colwell Rpt.) | 144-192 |
| 5 | Expert Report and Declaration of Lucy Allen (Allen Rpt.) | 193-231 |
| 6 | Updated Table and Appendix B to Expert Report of Lucy Allen (Exhibit 80 to Lucy Allen Deposition) | 232-244 |
| 7 | Rebuttal Expert Report and Declaration of John Donohue | 245-254 |
| 8 | Rebuttal Expert Report and Declaration of Blake Graham | 255-262 |
| 9 | Excerpts of Transcript of the Deposition of John Donohue | 263-289 |
| 10 | Excerpts of Transcript of the Deposition of Blake Graham | 290-341 |
| 11 | Excerpts of Transcript of the Deposition of Michael Mersereau | 342-393 |
| 12 | Excerpts of Transcript of the Deposition of Christopher Colwell | 394-435 |
| 13 | Excerpts of Transcript of the Deposition of Lucy Allen (Allen Dep.) | 436-471 |
| 14 | Excerpts of Transcript of the Deposition of J. Buford Boone (Boone Dep.) | 472-583 |
| 15 | Excerpts of Transcript of the Deposition of Gary Kleck (Kleck Dep.) | 584-730 |
| 16 | Excerpts of Transcript of the Deposition of Stephen Helsley (Helsley Dep.) | 731-877 |

| Exhibit Number | Document Description | Page Number |
|---|---|---|
| 17 | Violence Policy Center, *Bullet Buttons: The Gun Industry's Attack on California's Assault Weapons Ban* (2012) | 878-888 |
| 18 | Defendant's Second Supplemental Response to Plaintiff Troy Willis's First Set of Interrogatories | 889-905 |
| 19 | Excerpt of United States Army, *Rifle Marksmanship M16/M4 - Series Weapons* (2008) | 906-926 |
| 20 | Brady Center to Prevent Gun Violence, *Assault Weapons "Mass Produced Mayhem"* (2008) | 927-989 |
| 21 | Excerpts of Bureau of Alcohol, Tobacco, and Firearms, *Department of the Treasury Study on the Sporting Suitability of Modified Semiautomatic Assault Rifles* (1998) | 990-1042 |
| 22 | Bureau of Alcohol, Tobacco, and Firearms, *Report and Recommendation on the Importability of Certain Semiautomatic Rifles* (1989) (ATF Rpt.) | 1043-1061 |
| 23 | Christopher S. Koper, et al., *Criminal Use of Assault Weapons and High-Capacity Semiautomatic Firearms: an Updated Examination of Local and National Sources*, 95 Journal of Urban Health 3, 313-321 (2017) (Koper Article) | 1062-1070 |
| 24 | Colt.com, AR15A4 Advertisement | 1071-1071 |
| 25 | Colt.com, About Colt Rifles | 1072-1073 |
| 26 | David S. Fallis, *Data Indicate Drop in High-Capacity Magazines During Federal Gun Ban*, Washington Post (Jan. 10, 2013) | 1074-1077 |
| 27 | H.R. Rep. No. 103-489, Public Safety and Recreational Firearms Use Protection Act (H.R. Rep. 103-489) | 1078-1123 |
| 28 | Mark Follman, et al., *More than Half of Mass Shooters Used Assault Weapons and High-Capacity Magazines*, Mother Jones (Feb. 27, 2013) | 1124-1127 |
| 29 | S.B. 880 Report, 2015-2016 Reg. Sess., Assembly Committee on Public Safety (June 14, 2016) (S.B. 880 Rpt.) | 1128-1138 |
| 30 | U.S. Department of Justice, Office of Justice Programs, National Institute of Justice, *Selection and Application Guide 0101.06 to Ballistic-Resistant Body Armor* (2014) | 1139-1242 |
| 31 | Violence Policy Center, *"Officer Down": Assault Weapons and the War on Law Enforcement* (2003) | 1243-1271 |
| 32 | Violence Policy Center, *The Militarization of the U.S. Civilian Firearms Market* (2011) | 1272-1324 |

| Exhibit Number | Document Description | Page Number |
|---|---|---|
| 33 | Violence Policy Center, *Firearm Justifiable Homicides and Non-Fatal Self-Defense Gun Use: An Analysis of Federal Bureau of Investigation and National Crime Victimization Survey Data* (2018) | 1325-1342 |
| 34 | California Senate Bill 23, 1999 Cal. Stat. ch. 129 (S.B. 23) | 1343-1456 |
| 35 | Guns & Ammo: The New Breed of Assault Rifle, *Tomorrow's State-of-the-Art Sporting Rifle* (July 1981) (July 1981 Guns & Ammo) | 1457-1469 |
| 36 | Damien Cave and Charlotte Graham-McLay, *New Zealand to Ban Military-Style Semiautomatic Guns, Jacinda Arden Says*, New York Times (March 20, 2019) | 1470-1490 |
| 37 | Kaylee Hartung, et al., *Soneman Douglas shooting. Now parents are urged to be alert*, CNN (March 25, 2019) | 1491-1502 |
| 38 | Panagiotis K. Stefanopoulos, et al., *Gunshot wounds: A review of ballistics related to penetrating trauma*, Journal of Acute Disease, 178-185 (2014) | 1503-1510 |
| 39 | United States Census Bureau, *Quick Facts: California* (available at https://www.census.gov/quickfacts/ca) | 1511-1515 |
| 40 | Law Center to Percent Gun Violence, *The California Model: Twenty Years of Putting Safety First* | 1516-1523 |
| 41 | U.S. DOJ Press Release, *California Man Charged with Conspiring to Provide Material Support to Terrorism and Being 'Straw Purchaser' of Assault Rifles Ultimately Used in San Bernardino, California, Attack* (Dec. 17, 2015) | 1524-1526 |
| 42 | Excerpt of National Shooting Sports Foundation, *NSSF Report: Modern Sporting Rifle (MSR) Comprehensive Consumer Report* (2013) | 1527-1535 |
| 43 | Excerpt of National Shooting Sports Foundation, *NSSF Report 2017 Edition: Firearms Retailer Survey Report, Trend Data 2008-2016* (2017) | 1536-1537 |
| 44 | FBI Training Division: FBI Academy, Quantico, VA, *Executive Summary of Justification for Law Enforcement Partners* (May 6, 2014) | 1538-1543 |
| 45 | Violence Policy Center, *Key Points About Assault Weapons* | 1544-1544 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

1 | Executed on March 25, 2019, at San Francisco, California.

_/s/ Peter H. Chang_
Peter H. Chang
Deputy Attorney General
