# Exhibit 46

Atkinson-Baker, Inc.
www.depo.com

```
 1             IN THE UNITED STATES DISTRICT COURT

 2           FOR THE CENTRAL DISTRICT OF CALIFORNIA

 3                     SOUTHERN DIVISION

 4                          - - -

 5   STEVEN RUPP, et al.,           )

 6           Plaintiffs,            )

 7       vs.                        ) 8:17-cv-00746-JLS-JDE

 8   XAVIER BECERRA, in his         )

 9   official capacity as           )

10   Attorney General of the        )

11   State of California; et al., )

12           Defendants.            )

13   ------------------------------

14         DEPOSITION OF WILLIAM ENGLISH, Ph.D.

15                    WASHINGTON, D.C.

16                   DECEMBER 12, 2018

17

18

19   ATKINSON-BAKER, INC.

20   (800) 288-3376 www.depo.com

21   REPORTED BY: JENNIFER M. O'CONNOR

22   FILE NO. AC0BB1A
```

Atkinson-Baker, Inc.
www.depo.com

```
 1            IN THE UNITED STATES DISTRICT COURT
 2           FOR THE CENTRAL DISTRICT OF CALIFORNIA
 3                      SOUTHERN DIVISION
 4                           - - -
 5   STEVEN RUPP, et al.,           )
 6              Plaintiffs,         )
 7        vs.                       ) 8:17-cv-00746-JLS-JDE
 8   XAVIER BECERRA, in his         )
 9   official capacity as           )
10   Attorney General of the        )
11   State of California; et al., )
12              Defendants.         )
13   ------------------------------
14             Deposition of WILLIAM ENGLISH, Ph.D.,
15   taken on behalf of Defendants at the Law Offices of
16   Cooper & Kirk, PLLC, 1523 New Hampshire Avenue,
17   N.W., Washington, D.C. at 9:01 a.m., Wednesday,
18   December 12, 2018, before Jennifer M. O'Connor, a
19   Notary Public in and for the District of Columbia.
20
21
22
```

2

Def. Exhibit 46
Page 001546

Atkinson-Baker, Inc.
www.depo.com

```
 1              A P P E A R A N C E S:

 2   FOR THE PLAINTIFFS:

 3   COOPER & KIRK, PLLC
     BY:  PETER A. PATTERSON, ESQ.
 4   BY:  NICOLE FRAZER REAVES, ESQ.
     1523 New Hampshire Avenue, N.W.
 5   Washington, D.C.  20036
     (202) 220-9670
 6   ppatterson@cooperkirk.com

 7   FOR THE DEFENDANTS:

 8   DEPARTMENT OF JUSTICE
     BY:  PETER H. CHANG, ESQ.
 9   Office of the Attorney General
     455 Golden Gate Avenue, Suite 11000
10   San Francisco, California  94102
     (415) 510-3776
11   Peter.Chang@doj.ca.gov

12

13

14

15

16

17

18

19

20

21

22
```

3

William English, Ph.D.
December 12, 2018

Def. Exhibit 46
Page 001547

Atkinson-Baker, Inc.
www.depo.com

```
 1        A    Very good.
 2        Q    -- 30510 and 30515 that we talked about
 3   and that are being challenged here.
 4        A    Yes.
 5        Q    Just so we're on the same page on
 6   terminology.  And when I say -- I'll say -- and you
 7   know, I may refer to the prohibited features.  When
 8   I say that, I will mean these five --
 9        A    Understood, yes.
10        Q    -- features, not including grenade
11   launcher, but the other five features identified in
12   Penal Code Section 30515 (a)(1).  Okay?  All right,
13   go back.  Okay.
14             When we left off -- we're on page 53 of
15   Exhibit 62.  So, you know, this particular report
16   doesn't provide the 14 million fire -- number for
17   2015 for NICS -- adjusted NICS number, correct?  But
18   you did some independent research and the 14 million
19   number was --
20        A    The number's in fact correct, yes.
21        Q    Is correct.
22        A    And I had to estimate based on this
```

77

William English, Ph.D.
December 12, 2018

Def. Exhibit 46
Page 001548

Atkinson-Baker, Inc.
www.depo.com

```
 1   report, but it is indeed independently -- what I saw
 2   there was subsequently verified as correct.
 3        Q    If you look on -- if you look on page 48
 4   -- well, let me -- if you could look on page 49.
 5        A    49.
 6        Q    So this is federal NICS long gun
 7   background checks in 2015.  And this number, just
 8   like the other number we looked at, ends in
 9   September 2015, correct?
10        A    Yes.  September's the last month.
11        Q    Okay.  Do you have -- do you know what the
12   numbers are for the remainder of 2015?
13        A    No, that would be contained in the next
14   year's report.  It would be easy to find, but I
15   don't know them off the top of my head.
16        Q    And where did you get this -- this NSSF
17   report?
18        A    Did you say where or when?
19        Q    Where.
20        A    Oh.  So the law firm that had contacted
21   me, Sean Brady was a lawyer I was corresponding
22   with.  And the -- as I began doing my research, I
```

78

William English, Ph.D.
December 12, 2018

Def. Exhibit 46
Page 001549

Atkinson-Baker, Inc.
www.depo.com

```
 1  was able to identify reports that I thought would be
 2  useful but I'd want to look at, and so I
 3  corresponded with Sean Brady and asked the law firm
 4  if they could procure these for me.
 5       Q    When did you make that request?
 6       A    Oh, I don't know the specific date, but --
 7       Q    Approximately.
 8       A    -- sometime in the last few months, yeah.
 9  Or I guess it would have been shortly after I was
10  asked to --
11       Q    Before you prepared this report, correct?
12       A    Right.  Yes.  Before.
13       Q    And say there -- in preparing your report,
14  you listed four separate NSSF reports --
15       A    Yes.
16       Q    -- as references in the reference section
17  of your opening report, correct?
18       A    That's correct.
19       Q    And Mr. Brady -- did Mr. Brady give you
20  copies of all these reports?
21       A    I believe some of them I actually found
22  online.  There were -- you had to do some searching.
```

79

William English, Ph.D.
December 12, 2018

Def. Exhibit 46
Page 001550

Atkinson-Baker, Inc.
www.depo.com

```
 1   So I think at least one.  I'm not certain though,
 2   but he did give me some of them.
 3        Q    Did you have to pay for any of them?
 4        A    I did not have to pay.
 5        Q    Okay.  I'm going to hand you, it's Exhibit
 6   63.
 7             (English Deposition Exhibit No. 63 was
 8   marked for identification.)
 9             BY MR. CHANG:
10        Q    Have you seen this document before,
11   Professor?
12        A    Yes.  I may have seen this 2017 version.
13   I'm not sure the precise year, but yes, this -- this
14   document, the Bureau of Alcohol, Tobacco and
15   Firearms, post year by year and I've certainly seen
16   versions of it.  Yeah, this is the year that I
17   referred to.
18        Q    So if you look at the second -- or the
19   page numbered one --
20        A    Yes.
21        Q    -- it's titled "Firearms Manufactured,"
22   correct?
```

Atkinson-Baker, Inc.
www.depo.com

1       A    Yes.
2       Q    And if you look at the number for calendar
3  year 2015, it shows that according to this BATFE
4  report, 9,358,661 firearms were manufactured,
5  correct?
6       A    Correct.
7       Q    That's total in the United States?
8       A    Yeah.
9       Q    Do you know how many firearms were
10 imported into the United States in 2015?
11      A    Not off the top of my head.  It should be
12 contained in another bureau report that I cite.
13      Q    Do you recall which bureau report?
14      A    Yeah, so that -- you see the United States
15 Department of Justice Bureau Alcohol, Tobacco,
16 Firearms, Explosives, multiple years available at
17 that website.  That website site right there has the
18 maybe export reports, import reports.
19      Q    This --
20      A    It may actually be here.  Let me just
21 check clear -- rest of this report, that it might be
22 contained here as well.

Atkinson-Baker, Inc.
www.depo.com

1  centerfire rifle or a rimfire rifle.
2         So there is a high degree of modularity
3  and customization.  So it's -- I know the NSSF
4  report on MSRs finds that 4 percent of AR platform
5  rifle MSRs are .22 rimfire and so that's a very
6  small number.  You know, you can, if you like,
7  discount the 15 million by 4 percent, but the thing
8  to keep in mind though is even if it's -- it's
9  potential -- it's possible for an AR-15 rimfire
10 rifle to be converted to a centerfire rifle and vice
11 versa.
12        Now, there could be further, you know,
13 structural design changes that make those sorts of
14 conversions more or less possible, but there is a
15 certain intra-operability to this rifle.  It's a
16 modular platform.
17    Q    Sure.  I'm just saying, the -- you know,
18 the 15 million AR-15 rifle number you provide in
19 your report, that's just on the, you know, the lower
20 receiver part.  They can put a rimfire -- they can
21 make it rimfire, they can make it centerfire, they
22 can add features, they can remove the features.  I

171

William English, Ph.D.
December 12, 2018

Def. Exhibit 46
Page 001553

Atkinson-Baker, Inc.
www.depo.com

```
 1  mean, the 15 million number that -- estimate that
 2  you provide in your report includes all those
 3  configurations, correct?
 4      A    So I should -- it's important to note here
 5  that Clossman and Long are only counting rifles.
 6  They're not counting lowers and they're explicit
 7  about that.  And they're also not counting pistols,
 8  which in this case can be as simple as taking the
 9  same firearm action and removing stock and having a
10  short barrel.
11           So that's important to know as well.  So
12  the -- so they're not counting many things that also
13  might qualify here, but if you want to exercise an
14  abundance of caution, then yeah, the 15 million
15  number, based on the NSSF number, you could discount
16  that by 4 percent if you wanted to make sure that
17  you're excluding at least what the AR-15 users
18  account as the percentage of rimfire rifles out
19  there.
20      Q    My question is just, you know, the number
21  you provide, if the estimate of 15 million AR-15
22  rifles --
```

172

William English, Ph.D.
December 12, 2018

Def. Exhibit 46
Page 001554

Atkinson-Baker, Inc.
www.depo.com

```
 1        A    That's right.
 2        Q    -- in the United States, that number
 3   includes AR-15 rifles that are -- have been
 4   configured to be rimfire rifles and the AR-15 rifles
 5   have been configured to be featureless, correct?
 6        A    Yes.
 7        Q    I'd like you to turn to page 34 of the
 8   Clossman and Long paper.  Well, I guess let me ask a
 9   more general question.
10             Based on the Clossman and Long paper, can
11   you tell how many M4/AR-15s were sold in California
12   between 2004 and 2013?  Well, let me -- I'll direct
13   your --
14        A    Yeah, so you're talking on page 34 here?
15        Q    On page 34, right.  So let me strike my
16   question.  I'll restate it.
17             Page 34, Clossman and Long stated that --
18   they assumed California had purchased over 526,000
19   M4/AR-15s, correct?
20        A    Yes.
21        Q    Do you know how they reached that
22   estimate?
```

173

William English, Ph.D.
December 12, 2018

Def. Exhibit 46
Page 001555

Atkinson-Baker, Inc.
www.depo.com

```
 1       A    So reading in the prior pages, it appears
 2  that the -- this is based on the NICS checks.  So
 3  looking at NICS checks and multiplying that by the
 4  percentage of AR-15s manufactured each year, that's
 5  the kind a market share, I believe, if I've
 6  understood this right, that the NICS data is broken
 7  down by state.  Yeah.
 8       Q    Okay.  So looking at the NICS data,
 9  Clossman and Long estimated that 526,000 -- or over
10  526,000 M4/AR-15s were sold in California between
11  2004 and 2013, correct?
12       A    Yes, that's their estimate there on page
13  34.
14       Q    Okay.  And Clossman and Long also
15  estimated that between 2004 and 2016, 4.6 million
16  M4/AR-15s were sold in the United States, correct?
17       A    That's correct.
18       Q    So based on those numbers, California was
19  about approximately 11 percent of the total U.S.
20  market for M4/AR-15s, correct?
21       A    Again, just to clarify the methods here, I
22  take it that they're looking at NICS data from the
```

174

William English, Ph.D.
December 12, 2018

Def. Exhibit 46
Page 001556

Atkinson-Baker, Inc.
www.depo.com

```
 1              CERTIFICATE OF NOTARY PUBLIC
 2       I, JENNIFER M. O'CONNOR, the officer before
 3  whom the foregoing deposition was taken, do hereby
 4  certify that the foregoing witness whose testimony
 5  appears in the foregoing deposition was duly sworn
 6  by me; that the testimony of said witness was
 7  recorded by me and thereafter reduced to typewriting
 8  by me; that said transcript is a true record of the
 9  testimony given by said witness; that I am neither
10  Counsel for, related to, nor employed by any of the
11  parties to the action in which this proceeding was
12  called; and, furthermore, that I am not a relative
13  or employee of any attorney or Counsel employed by
14  the parties hereto, nor financially or otherwise
15  interested in the outcome of this action.
16
17       _____
         Jennifer M. O'Connor
18       Notary Public in and for the
         District of Columbia
19       My Commission Expires on February 14, 2020
20            (Signature not waived.)
21
22
```

336

William English, Ph.D.
December 12, 2018

Def. Exhibit 46
Page 001557