1  C. D. Michel – SBN 144258
   Sean A. Brady – SBN 262007
2  Matthew D. Cubeiro – SBN 291519
3  cmichel@michellawyers.com
   MICHEL & ASSOCIATES, P.C.
4  180 East Ocean Boulevard, Suite 200
   Long Beach, CA 90802
5  Telephone: 562-216-4444
   Facsimile: 562-216-4445
6
7  Attorneys for Plaintiffs

8
                **UNITED STATES DISTRICT COURT**
9
              **CENTRAL DISTRICT OF CALIFORNIA**
10
11                  **SOUTHERN DIVISION**

12
   STEVEN RUPP, et al.,                  Case No.: 8:17-cv-00746-JLS-JDE
13
                        Plaintiffs,       **PLAINTIFFS' NOTICE OF**
14                                        **MOTION AND MOTION TO**
                                          **EXCLUDE THE TESTIMONY OF**
15           vs.                          **DEFENDANT'S EXPERT**
                                          **WITNESS LUCY P. ALLEN**
16 XAVIER BECERRA, in his official        **UNDER FEDERAL RULE OF**
   capacity as Attorney General of the State **EVIDENCE 702**
17 of California,
18                                        Hearing  Date:   July 5, 2019
                        Defendant.        Hearing Time:    10:30 a.m.
19                                        Judge:           Josephine L. Staton
                                          Courtroom:       10A
20
21
22
23
24
25
26
27
28
                                  1
   MOTION TO EXCLUDE DEF.'S EXPERT WITNESS LUCY P. ALLEN

1  TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF

2  RECORD:

3      PLEASE TAKE NOTICE that on July 5, 2019, at 10:30 a.m. in Courtroom

4  10A of the above captioned court, located at 411 West Fourth Street, Santa Ana,

5  California 92701, Plaintiffs Steven Rupp, Steven Dember, Cheryl Johnson, Michael

6  Jones, Christopher Seifert, Alfonso Valencia, Troy Willis, Dennis Martin, and the

7  California Rifle & Pistol Association, Incorporated, ("Plaintiffs") will move to

8  exclude the testimony of Defendant Xavier Becerra's expert witness Lucy P. Allen

9  under Federal Rule of Evidence 702. Plaintiffs contend that per the evidentiary

10  standards for the admissibility of expert witness testimony under Rule 702 and

11  elucidated in *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993),

12  Ms. Allen's testimony is not admissible.

13      This Motion is based on this notice of motion and motion, memorandum of

14  points and authorities, declaration of Sean A. Brady, and all exhibits filed

15  concurrently herewith. This motion is also based on the pleadings and record already

16  on file and on any further matters this Court deems appropriate.

17

18  Dated: May 28, 2019                    **MICHEL & ASSOCIATES, P.C.**

19

20                                          */s/ Sean A. Brady*
                                            Sean A. Brady
21                                          Attorneys for Plaintiffs

22

23

24

25

26

27

28

MOTION TO EXCLUDE DEF.'S EXPERT WITNESS LUCY P. ALLEN

# CERTIFICATE OF SERVICE
### IN THE UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

Case Name: *Rupp, et al. v. Becerra*
Case No.: 8:17-cv-00746-JLS-JDE

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 East Ocean Boulevard, Suite 200, Long Beach, California 90802.

I am not a party to the above-entitled action. I have caused service of:

**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO EXCLUDE THE TESTIMONY OF DEFENDANT'S EXPERT WITNESS LUCY P. ALLEN UNDER FEDERAL RULE OF EVIDENCE 702**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Xavier Becerra
Attorney General of California
Peter H. Chang
Deputy Attorney General
E-mail: peter.chang@doj.ca.gov
John D. Echeverria
Deputy Attorney General
E-mail: john.echeverria@doj.ca.gov
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102

I declare under penalty of perjury that the foregoing is true and correct.

Executed May 28, 2019.

*/s/ Laura Palmerin*
Laura Palmerin

CERTIFICATE OF SERVICE