IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STEVEN RUPP, et al.,** | Case No. 8:17-cv-00746-JLS-JDE |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| **XAVIER BECERRA, in his official capacity as Attorney General of the State of California, and DOES 1-10,** | |
| Defendants. | |

After considering the moving and opposing papers and evidence, and the arguments of counsel at the hearing, on July 22, 2019, the Court issued an order granting Defendant Attorney General's motion for summary judgment and denying Plaintiffs' motion for summary judgment. (Doc. 108.)

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment is entered in favor of Defendant Xavier Becerra, as Attorney General of the State of California, and against Plaintiffs Steven Rupp, Steven Dember, Charyl Johnson, Michael Jones, Christopher Seifert, Alfonso Valencia, Troy Willis, Dennis Martin, and the California Rifle & Pistol Association, Inc. Plaintiffs shall take nothing by way of their Third Amended Complaint from Defendant Xavier

Becerra, as Attorney General of the State of California.  Each and every claim and prayer for relief asserted in Plaintiffs' Third Amended Complaint is denied.  Defendant is the prevailing party and shall be entitled to recover reasonable costs of suit.  In accordance with Local Rule 54-3, Defendant may submit a "Bill of Costs" and an "Application to the Clerk to Tax Costs" to recover any eligible litigation costs in this action.  *See* C.D. Cal. R. 54-2, 54-2.1.

**IT IS SO ORDERED.**

Dated:  July 31, 2019

_____
Hon. Josephine L. Staton
United States District Judge