IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| STEVEN RUPP, et al., | CASE NO.: 8:17-cv-00746-JLS-JDE |
|---|---|
| Plaintiffs, | **[PROPOSED] ORDER GRANTING THE JOINT STIPULATION TO STAY LITIGATION OF COSTS PENDING APPEAL** |
| vs. | |
| XAVIER BECERRA, in his official capacity as Attorney General of the State of California, | |
| Defendants. | |

1     The Court has before it the Parties' Joint Stipulation to Stay Litigation of
2 Costs Pending Appeal. Having considered the Stipulation and good cause appearing
3 therefor, the Court is of the opinion that the Parties' Stipulation should be
4 GRANTED.
5     It is therefore ORDERED that all proceedings regarding costs in this action
6 shall be stayed until 30 days after the completion of all appellate proceedings.
7 IT IS SO ORDERED.

10 Dated: _____      _____
                                                                                 Judge Josephine L. Staton