FILED

FEB 25 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| STEVEN RUPP; et al., | No. 19-56004 |
| Plaintiffs-Appellants, | D.C. No. 8:17-cv-00746-JLS-JDE |
| v. | Central District of California, Santa Ana |
| XAVIER BECERRA, in his official capacity as Attorney General of the State of California, | ORDER |
| Defendant-Appellee. | |

Before: HURWITZ, BRESS, and BUMATAY, Circuit Judges.

This appeal shall be held in abeyance pending the resolution of en banc proceedings and issuance of the mandate in *Duncan v. Becerra*, Docket No. 19-55376. Submission of this case is vacated until further order of the Court.

Judge Bumatay dissents from this order.