UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-5

**CIVIL MINUTES – GENERAL**

Case No.  8:17-cv-00746-JLS-JDEDate: September 08, 2022
Title:  Steven Rupp et al v. Xavier Becerra et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| V. R. Vallery | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:ATTORNEYS PRESENT FOR DEFENDANT:
Not PresentNot Present

**PROCEEDINGS:  (IN CHAMBERS)  ORDER TO FILE REVISED RULE 26(F) REPORT AND NEW PROPOSED SCHEDULE**

On June 28, 2022, the U.S. Court of Appeals for the Ninth Circuit issued a mandate vacating and remanding this action for further proceedings consistent with the United States Supreme Court's decision in *New York State Rifle & Pistol Association, Inc. v. Bruen*, 597 U.S. ____ (2022).  In light of the Ninth Circuit's mandate, the Court hereby ORDERS the Parties to file a revised Rule 26(f) Report and a new Proposed Schedule (using Exhibit A to this Court's Order Setting Scheduling Conference (Doc. 37)) for this action within **twenty-one (21) days** of this Order's issuance.

Initials of Deputy Clerk: vrv