UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  8:17-cv-00746-JLS-JDE                                              Date:  October 19, 2022
Title:  Steven Rupp et al v. Xavier Becerra et al

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| V.R. Vallery | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**Proceedings:**          **(IN CHAMBERS) SCHEDULING ORDER**

The Court has reviewed the parties' Revised Joint Rule 26(f) Report.  (Doc. 130.)  The following schedule is set.

Counsel's attention is directed to the Court's Civil Trial Order filed concurrently with this Minute Order.  Generally, motions should, at the time of filing, be noticed for hearing on the Court's first available motions hearing date.  (*See* <<http://www.cacd.uscourts.gov/honorable-josephine-l-staton>> for closed civil motions hearing dates; *see also* Local Rules 7-9 & -10 (deadlines for opposition and reply briefs).)

To conform with the Court's presumptive schedule, the schedule set forth below may have been adjusted from that proposed by the parties.  (*See* Order Setting Scheduling Conference at 2.)  These dates and deadlines will not be continued except upon a showing of good cause, which generally requires unforeseeable circumstances.  *See* Fed. R. Civ. P. 16(b)(4).  Failure to conduct discovery diligently or a desire to engage in settlement discussions will not constitute good cause.

The Court will set a trial date and an exhibit conference date at the Final Pretrial Conference.  The parties are directed to confer before the Final Pretrial Conference and to identify in the Proposed Final Pretrial Conference Order mutually agreeable trial dates within the 90 days following the Final Pretrial Conference.  Where the Court's trial calendar permits, the Court will set the trial for a date agreed upon by the parties.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  8:17-cv-00746-JLS-JDE                                         Date:  October 19, 2022
Title:  Steven Rupp et al v. Xavier Becerra et al

| | |
|---|---:|
| Last Day to File Supplemental Opening Expert Reports: | **January 6, 2023** |
| Last Day to File Supplemental Rebuttal Expert Reports: | **February 3, 2023** |
| Last Day to File Supplemental Sur-Rebuttal Expert Reports: | **February 24, 2023** |
| Last Day to Conduct Settlement Proceedings: | **February 24, 2023** |
| Expert Discovery Cut-Off | **March 3, 2023** |
| Last Day to File Daubert Motions | **March 10, 2023** |
| Last Day to File Motions (Excluding *Daubert* Motions and all other Motions in Limine): | **March 24, 2023** |
| Last Day to File Motions in Limine: | **April 7, 2023** |
| Final Pretrial Conference (10:30 a.m.): | **April 28, 2023** |
| Preliminary Trial Estimate:[1] | **7 Days** |

                                                                    Initials of Deputy Clerk:  vrv

---

[1] This is the parties' estimate.  The Court may allot fewer days for trial.