IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

CENTRAL DIVISION

| | |
|---|---|
| **STEVEN RUPP; STEVEN DEMBER; CHERYL JOHNSON; MICHAEL JONES; CHRISTOPHER SEIFERT; ALFONSO VALENCIA; TROY WILLIS; and CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**ROB BONTA, in his official capacity as Attorney General of the State of California; and DOES 1-10,**<br><br>Defendants. | Case No. 8:17-cv-00746-JLS-JDE<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION AND REQUEST TO MODIFY DISCOVERY AND PRETRIAL DEADLINES**<br><br>Action Filed:   April 24, 2017 |

1  Good cause appearing, the Court hereby grants the parties' Joint Stipulation
2  and Request to Modify Discovery and Pretrial Deadlines and ORDERS the
3  following modifications to the scheduling order entered on October 20, 2022 (Dkt.
4  131):
5      Expert Discovery Cut-off:                                 March 17, 2023
6      Last Day to File *Daubert* Motions:                     March 24, 2023
7
8  DATED: _____, 2023
9
10                                                 Hon. Josephine L. Staton
11                                                 United States District Judge
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28