# NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STEVEN RUPP; STEVEN DEMBER; CHERYL JOHNSON; MICHAEL JONES; CHRISTOPHER SEIFERT; ALFONSO VALENCIA; TROY WILLIS; and CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED,**<br><br>                                       Plaintiffs,<br><br>    v.<br><br>**ROB BONTA, in his official capacity as Attorney General of the State of California; and DOES 1-10,**<br><br>                                       Defendants. | Case No.  8:17-cv-00746-JLS-JDE<br><br>**ORDER GRANTING JOINT STIPULATION AND REQUEST TO MODIFY DISCOVERY AND PRETRIAL DEADLINES (Doc. 133)** |

# **ORDER**

Good cause appearing therefor, the Court hereby grants the parties' Joint Stipulation and Request to Modify Discovery and Pretrial Deadlines (Doc. 133) and ORDERS the following modifications to the scheduling order entered on October 20, 2022 (Doc. 131):

| | |
|---|---|
| Expert Discovery Cut-off: | March 17, 2023 |
| Last Day to File *Daubert* Motions: | March 24, 2023 |
| Last Day to File Dispositive Motions: | May 26, 2023 |

DATED: February 24, 2023

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE