C. D. Michel – SBN 144258
cmichel@michellawyers.com
Sean A. Brady – SBN 262007
sbrady@michellawyers.com
Matthew D. Cubeiro – SBN 291519
mcubeiro@michellawyers.com
MICHEL & ASSOCIATES, P.C.
180 East Ocean Boulevard, Suite 200
Long Beach, CA 90802
Telephone: 562-216-4444
Facsimile: 562-216-4445

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

STEVEN RUPP, et al.,

                                    Plaintiffs,

            vs.

ROB BONTA, in his official capacity
as Attorney General of the State of
California,

                                    Defendant.

Case No.: 8:17-cv-00746-JLS-JDE

**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO EXCLUDE PORTIONS OF THE TESTIMONY OF DEFENDANT'S EXPERT WITNESS SAUL CORNELL UNDER FEDERAL RULE OF EVIDENCE 702**

Hearing Date:      April 28, 2023
Hearing Time:      10:30 a.m.
Courtroom:         8A
Judge:             Hon. Josephine L. Staton

1

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on April 28, 2023, at 10:30 a.m. in Courtroom 8A of the above captioned court, located at 350 West 1st Street, Los Angeles, California 90012, Plaintiffs Steven Rupp, Steven Dember, Cheryl Johnson, Michael Jones, Christopher Seifert, Alfonso Valencia, Troy Willis, Dennis Martin, and the California Rifle & Pistol Association, Incorporated, ("Plaintiffs") will move to partially exclude the testimony of Defendant Rob Bonta's expert witness Saul Cornell under Federal Rule of Evidence 702. Plaintiffs contend that per the evidentiary standards for the admissibility of expert witness testimony under Rule 702 and elucidated in *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), Mr. Cornell's testimony and opinions identified in the memorandum of points and authorities filed concurrently herewith are not admissible.

This Motion is based on this notice of motion and motion, memorandum of points and authorities, declaration of Sean A. Brady, and all exhibits filed concurrently herewith. This motion is also based on the pleadings and record already on file and on any further matters this Court deems appropriate.

Dated: March 24, 2023                            **MICHEL & ASSOCIATES, P.C.**

                                                 */s/ Sean A. Brady*
                                                 Sean A. Brady
                                                 Attorneys for Plaintiffs

PLAINTIFFS' NOTICE OF MOTION TO EXCLUDE TESTIMONY

**CERTIFICATE OF SERVICE**
IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

Case Name: *Rupp, et al. v. Bonta*
Case No.: 8:17-cv-00746-JLS-JDE

IT IS HEREBY CERTIFIED THAT:

  I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 East Ocean Boulevard, Suite 200, Long Beach, California 90802.

  I am not a party to the above-entitled action. I have caused service of:

**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO EXCLUDE PORTIONS OF THE TESTIMONY OF DEFENDANT'S EXPERT WITNESS SAUL CORNELL UNDER FEDERAL RULE OF EVIDENCE 702**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Xavier Becerra
Attorney General of California
Anna Ferrari
Deputy Attorney General
Email: anna.ferrari@doj.ca.gov
Christina R.B. Lopez
Email: christina.lopez@doj.ca.gov
John D. Echeverria
Email: john.echeverria@doj.ca.gov
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102

  I declare under penalty of perjury that the foregoing is true and correct.

Executed March 24, 2023.

_____
Laura Palmerin