# NOTE: CHANGES MADE BY THE COURT

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEVEN RUPP, et al.,<br><br>                   Plaintiffs,<br><br>    vs.<br><br>ROB BONTA, in his official capacity as Attorney General of the State of California,<br><br>                   Defendant. | Case No.  8:17-cv-00746-JLS-JDE<br><br>**ORDER GRANTING IN PART JOINT STIPULATION TO MODIFY PRETRIAL DEADLINES (Doc. 142)** |

The Court having reviewed the Parties' Joint Stipulation to Modify Pretrial Deadlines (Doc. 142), and good cause appearing, hereby GRANTS IN PART the Joint Stipulation and ORDERS as follows:

1. The deadline to file dispositive motions remains May 26, 2023;
2. The hearing on Plaintiffs' *Daubert* motions remains set for April 28, 2023 at 10:30 a.m.
3. The deadline to file motions in limine currently set for April 7, 2023 is continued to August 4, 2023;
4. The Final Pretrial Conference currently set for April 28, 2023, is continued to September 1, 2023;

**IT IS SO ORDERED.**

DATED: April 7, 2023

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE