Rob Bonta
Attorney General of California
P. Patty Li
Supervising Deputy Attorney General
Anna Ferrari
Christina R.B. López
Deputy Attorneys General
John D. Echeverria
Deputy Attorney General
State Bar No. 268843
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 510-3479
 Fax:  (415) 703-1234
 E-mail:  John.Echeverria@doj.ca.gov
*Attorneys for Defendant Rob Bonta,
in his official capacity*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **STEVEN RUPP; STEVEN DEMBER; CHERYL JOHNSON; MICHAEL JONES; CHRISTOPHER SEIFERT; ALFONSO VALENCIA; TROY WILLIS; and CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED,**<br><br>Plaintiffs,<br><br>v.<br><br>**ROB BONTA, in his official capacity as Attorney General of the State of California; and DOES 1-10,**<br><br>Defendants. | 8:17-cv-00746-JLS-JDE<br><br>**STIPULATION AND JOINT REQUEST TO SET HEARING AND BRIEFING SCHEDULE ON MOTIONS FOR SUMMARY JUDGMENT AND TO CONTINUE PRETRIAL DEADLINES**<br><br>Courtroom: 8A<br>Judge: Hon. Josephine L. Staton<br>Trial Date: None set<br>Action Filed: April 24, 2017 |

Pursuant to Federal Rules of Civil Procedure 6(b) and 16(b)(4) and Local Rule 7-1, Plaintiffs Steven Rupp, Steven Dember, Cheryl Johnson, Michael Jones, Christopher Seifert, Alfonso Valencia, Troy Willis, Dennis Martin, and the California Rifle & Pistol Association, Incorporated, (collectively "Plaintiffs"), and Defendant Rob Bonta, in his official capacity as Attorney General of the State of California ("Defendant") (collectively, the "Parties"), through their respective attorneys of record, hereby stipulate and request as follows:

WHEREAS, the current scheduling order requires the Parties to file dispositive motions by May 26, 2023, *see* Dkt. 143 at 2;

WHEREAS, the current scheduling order also provides that the deadline to file motions in limine is set for August 4, 2023 and the Final Pretrial Conference is set for September 1, 2023, *see* Dkt. 143 at 2;

WHEREAS, the Parties anticipate filing cross-motions for summary judgment by May 26, 2023;

WHEREAS, under Local Rule 7-9, the Parties' opposing papers will be due no later than 21 days before the noticed hearing date;

WHEREAS, under Local Rule 7-10, the Parties' reply papers will be due no later than 14 days before the noticed hearing date;

WHEREAS, the Parties have met and conferred about the forthcoming motions for summary judgment and agree that a briefing schedule would be in the Court's and the Parties' interests in resolving the motions for summary judgment;

WHEREAS, the Parties have agreed that the deadline for filing motions for summary judgment should remain as May 26, 2023; the deadline for filing opposing papers should be set for June 23, 2023; the deadline for filing reply papers, if any, should be set for July 14, 2023; and the hearing on the motions for summary judgment should be set for July 28, 2023, or any date thereafter that is convenient for the Court and the Parties;

WHEREAS, under Local Rule 11-6.1, the Parties' briefs will be subject to a 7,000-word limit;

WHEREAS, Defendant believes that the Court and the Parties would benefit from increased word limits for the opening and opposing briefs filed in connection with the Parties' dispositive motions and propose that the word limit set in Local Rule 11-6.1 be modified from 7,000 words to 10,000 words for the Parties' opening memoranda of points and authorities in support of the motions for summary judgment and their opposition briefs, with the 7,000-word limit remaining for any reply brief;

WHEREAS, Plaintiffs take no position on the proposed modification of the word-limit, but request that any word-limit increase be applicable to their opening and opposing briefs as well;

WHEREAS, the Parties have agreed that the deadline for the filing of motions in limine and the date for the Final Pretrial Conference should be continued by two months to accommodate the Court's resolution of the Parties' cross-motions for summary judgment, which would, if one is granted, obviate any need for motions in limine or a pretrial conference;

NOW THEREFORE, the parties stipulate and request that:

1. The Court set a briefing and hearing schedule for dispositive motions as follows:

    a. The deadline to file dispositive motions remains set for May 26, 2023;

    b. The deadline to file papers opposing a dispositive motion is set for June 23, 2023;

    c. The deadline to file reply papers, if any, is set for July 14, 2023;

    d. The hearing on dispositive motions should be noticed for July 28, 2023.

2. If the Court agrees to Defendant's proposal to extend the word-limit for the Parties' opening and opposing briefs, the Court set a limit of 10,000 words for the Parties' memoranda of points and authorities in support of a motion for summary judgment and their opposition briefs, with a 7,000-word limit for any reply brief, including headings, footnotes, and quotations, but excluding the caption, the table of contents, the table of authorities, the signature block, the certification required by Local Rule 11-6.2, and any indices and exhibits.

3. The Court continue the deadline to file motions in limine currently set for August 4, 2023 to September 29, 2023.

4. The Court continue the Final Pretrial Conference currently set for September 1, 2023 to October 27, 2023.

**IT IS SO STIPULATED.**

Dated: May 12, 2023

Respectfully submitted,

ROB BONTA
Attorney General of California
P. PATTY LI
Supervising Deputy Attorney General
ANNA FERRARI
CHRISTINA R.B. LÓPEZ
Deputy Attorneys General

*/s/ John D. Echeverria*

JOHN D. ECHEVERRIA
Deputy Attorney General
*Attorneys for Defendant Rob Bonta, in his official capacity*

| | | |
|---|---|---|
| 1 | Dated:  May 12, 2023 | MICHEL & ASSOCIATES, P.C. |
| 2 | | */s/ Sean A. Brady* |
| 3 | | |
| 4 | | SEAN A. BRADY<br>*Attorneys for Plaintiffs* |

**ATTESTATION OF E-FILED SIGNATURES**

I, John D. Echeverria, am the ECF User whose ID and password are being used to file the foregoing STIPULATION AND JOINT REQUEST TO SET HEARING AND BRIEFING SCHEDULE ON MOTIONS FOR SUMMARY JUDGMENT AND TO CONTINUE PRETRIAL DEADLINES.  Pursuant to Local Rule 5-4.3.4(a)(2), I hereby attest that all signatories concur in the filing's content and have authorized the filing.

Dated:  May 12, 2023

*/s/ John D. Echeverria*
John D. Echeverria
Deputy Attorney General