1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **STEVEN RUPP; STEVEN DEMBER; CHERYL JOHNSON; MICHAEL JONES; CHRISTOPHER SEIFERT; ALFONSO VALENCIA; TROY WILLIS; and CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED,**<br><br>Plaintiffs,<br><br>v.<br><br>**ROB BONTA, in his official capacity as Attorney General of the State of California; and DOES 1-10,**<br><br>Defendants. | 8:17-cv-00746-JLS-JDE<br><br>**[PROPOSED] ORDER SETTING HEARING AND BRIEFING SCHEDULE ON MOTIONS FOR SUMMARY JUDGMENT AND CONTINUING PRETRIAL DEADLINES**<br><br>Courtroom: 8A<br>Judge: Hon. Josephine L. Staton<br>Trial Date: None set<br>Action Filed: April 24, 2017 |

The Court having reviewed the Parties' Stipulation and Joint Request to Set Hearing and Briefing Schedule on Motions for Summary Judgment and to Continue Pretrial Deadline, and good cause appearing, hereby GRANTS the joint request and ORDERS as follows:

1. The Court sets the following briefing and hearing schedule for dispositive motions:

   a. The deadline to file dispositive motions shall remain as May 26, 2023;

   b. The deadline to file papers opposing a dispositive motion shall be set for June 23, 2023;

   c. The deadline to file reply papers, if any, shall be set for July 14, 2023;

   d. The hearing on dispositive motions shall be noticed for July 28, 2023.

2. The word limit for any memoranda of points and authorities in support of a dispositive motion and any brief opposing a dispositive motion shall be 10,000 words, and the word limit for any reply brief shall be 7,000 words, including headings, footnotes, and quotations, but excluding the caption, the table of contents, the table of authorities, the signature block, the certification required by Local Rule 11-6.2, and any indices and exhibits.

3. The deadline to file motions in limine currently set for August 4, 2023 shall be continued to September 29, 2023.

4. The Final Pretrial Conference currently set for September 1, 2023 shall be continued to October 27, 2023 at 10:30 a.m.

**IT IS SO ORDERED.**

Dated: _____    _____
                                 Hon. Josephine L. Staton
                                 United States District Court Judge