ROB BONTA
Attorney General of California
P. PATTY LI
Supervising Deputy Attorney General
ANNA FERRARI
CHRISTINA R.B. LÓPEZ
Deputy Attorneys General
JOHN D. ECHEVERRIA
Deputy Attorney General
State Bar No. 268843
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 510-3479
 Fax:  (415) 703-1234
 E-mail:  John.Echeverria@doj.ca.gov
*Attorneys for Defendant Rob Bonta,*
*in his official capacity as Attorney General*
*of the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **STEVEN RUPP; STEVEN DEMBER; CHERYL JOHNSON; MICHAEL JONES; CHRISTOPHER SEIFERT; ALFONSO VALENCIA; TROY WILLIS; and CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**ROB BONTA, in his official capacity as Attorney General of the State of California; and DOES 1-10,**<br><br>Defendants. | Case No. 8:17-cv-00746-JLS-JDE<br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**<br><br>Date:            July 28, 2023<br>Time:           10:30 a.m.<br>Courtroom:  8A<br>Judge:          Hon. Josephine L. Staton<br>Trial Date:   None set<br>Action Filed: April 24, 2017 |

**TO THE COURT, PLAINTIFFS, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, on July 28, 2023 at 10:30 a.m., or as soon thereafter as the matter may be heard, in Courtroom 8a of the above-titled court, located at 350 West 1st Street, Los Angles, California 90012, Defendant Rob Bonta, in his official capacity as the Attorney General of the State of California, shall move, and hereby does move, this Court for summary judgment under Federal Rule of Civil Procedure 56(a). Defendant brings this motion because California's restrictions on civilian access to and possession of certain rifles that qualify as "assault weapons" under California's Assault Weapons Control Act, *see* Cal. Penal Code §§ 30510(a), 30515(a)(1)(A)-(C), 30515(1)(E)-(F), 30515(a)(3), 30520, 30600, 30605, 30925, 30945; 11 Cal. Code Regs. § 5499(a), are constitutional under the Second Amendment to the United States Constitution.

This motion is based on this Notice of Motion and Motion; the concurrently filed Memorandum of Points and Authorities, Appendix of Relevant Historical Laws, Declaration of John D. Echeverria in Support of Defendant's Motion for Summary Judgment, including exhibits attached thereto, and Statement of Uncontroverted Facts and Conclusions of Law; the Declaration of Peter H. Chang in Support of Defendant's Motion for Summary Judgment, including exhibits attached thereto (Dkt. 76); the Declaration of Peter H. Chang in Support of Defendant's Opposition to Plaintiffs' Motion for Summary Judgment, including the exhibit attached thereto (Dkt. 90); the pleadings and papers on file in this action; and such further evidence, both oral and documentary, as may be offered at the time of the hearing on the motion.

This motion is made following the telephonic conference of counsel pursuant to Local Rule 7-3, which took place on May 8, 2023.

| | | |
|---|---|---|
| 1 | Dated: May 26, 2023 | Respectfully submitted, |
| 2 | | ROB BONTA |
| | | Attorney General of California |
| 3 | | P. PATTY LI |
| | | Supervising Deputy Attorney |
| 4 | | General |
| | | ANNA FERRARI |
| 5 | | CHRISTINA R.B. LÓPEZ |
| | | Deputy Attorneys General |
| 6 | | |
| 7 | | */s/ John D. Echeverria* |
| 8 | | |
| 9 | | JOHN D. ECHEVERRIA |
| | | Deputy Attorney General |
| 10 | | *Attorneys for Defendant Rob Bonta, in his official capacity as Attorney General of the State of California* |