C. D. Michel – SBN 144258
cmichel@michellawyers.com
Sean A. Brady – SBN 262007
sbrady@michellawyers.com
Matthew D. Cubeiro – SBN 291519
mcubeiro@michellawyers.com
MICHEL & ASSOCIATES, P.C.
180 East Ocean Boulevard, Suite 200
Long Beach, CA 90802
Telephone: 562-216-4444
Facsimile: 562-216-4445

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN RUPP, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ROB BONTA, in his official capacity as Attorney General of the State of California, <br><br> Defendant. | Case No.: 8:17-cv-00746-JLS-JDE <br><br> **PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT** <br><br> Hearing Date: July 28, 2023 <br> Hearing Time: 10:30 a.m. <br> Judge: Josephine L. Staton <br> Courtroom: 8A <br><br> [Filed concurrently with Memorandum of Points and Authorities; Statement of Uncontroverted Facts and Conclusions of Law; Request for Judicial Notice; Declarations of Sean A. Brady, Steven Rupp, Steven Dember, Cheryl Johnson, Christopher Seifert, Alfonso Valencia, Troy Willis, Dennis Martin, and Richard Minnich; Proposed Judgment] |

1
PLAINTIFFS' NOTICE OF MOTION FOR SUMMARY JUDGMENT

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on July 28, 2023 at 10:30 a.m., or as soon thereafter as the matter may be heard, in Courtroom 8A of the First Street U.S. Courthouse, located at 350 West 1st St., Los Angeles, CA 90012, Plaintiffs Steven Rupp, Steven Dember, Cheryl Johnson, Michael Jones, Christopher Seifert, Alfonso Valencia, Troy Willis, Dennis Martin, and the California Rifle & Pistol Association, Incorporated, ("Plaintiffs") will, and hereby do, move for summary judgment under Rule 56 of the Federal Rules of Civil Procedure as to each claim asserted in Plaintiff's Third Amended Complaint for Declaratory and Injunctive Relief.

This motion is made per this Court's February 24, 2023 order (Dkt. No. 134) setting the deadline to file dispositive motions for May 26, 2023.

Plaintiffs bring this motion because there is no genuine dispute that (1) The Second Amendment to the United States Constitution protects the right of every law-abiding citizen to possess and acquire "arms" of the sort typically possessed by law abiding citizens for lawful purposes; (2) the rifles banned under California's Assault Weapon Control Act are such arms entitled to Second Amendment protection; and (3) the State of California cannot meet its burden, under applicable constitutional scrutiny, to justify banning such arms. Plaintiffs are thus entitled to judgment as a matter of law.

This motion is based on this notice and motion, as well as the memorandum of points and authorities, statement of uncontroverted facts and conclusions of law, request for judicial notice, the declaration of Sean A. Brady and attached exhibits, and the declarations of Steven Rupp, Steven Dember, Cheryl Johnson, Christopher Seifert, Alfonso Valencia, Troy Willis, Dennis Martin, Richard Minnich, filed simultaneously herewith. This motion is also based on the papers and pleadings

///

///

1 already on file in this action and on such matters as may be presented to the Court at
2 the hearing.

5 Dated: May 26, 2023                                  **MICHEL & ASSOCIATES, P.C.**

7                                                                      */s/Sean A. Brady*
                                                                       Sean A. Brady
8                                                                      Attorneys for Plaintiffs

# CERTIFICATE OF SERVICE
IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Case Name: *Rupp, et al. v. Bonta*
Case No.: 8:17-cv-00746-JLS-JDE

IT IS HEREBY CERTIFIED THAT:

    I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 East Ocean Boulevard, Suite 200, Long Beach, California 90802.

    I am not a party to the above-entitled action. I have caused service of:

**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Anna Ferrari
Deputy Attorney General
Email: anna.ferrari@doj.ca.gov
Christina R.B. Lopez
Email: christina.lopez@doj.ca.gov
John D. Echeverria
Email: john.echeverria@doj.ca.gov
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102
    *Attorneys for Defendant*

    I declare under penalty of perjury that the foregoing is true and correct.

Executed May 26, 2023.

*/s/ Laura Palmerin*
Laura Palmerin

CERTIFICATE OF SERVICE