ROB BONTA
Attorney General of California
P. PATTY LI
Supervising Deputy Attorney General
ANNA FERRARI
CHRISTINA R.B. LÓPEZ
Deputy Attorneys General
JOHN D. ECHEVERRIA
Deputy Attorney General
State Bar No. 268843
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 510-3479
  Fax: (415) 703-1234
  E-mail: John.Echeverria@doj.ca.gov
*Attorneys for Defendant Rob Bonta,
in his official capacity as Attorney General
of the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **STEVEN RUPP; STEVEN DEMBER; CHERYL JOHNSON; MICHAEL JONES; CHRISTOPHER SEIFERT; ALFONSO VALENCIA; TROY WILLIS; and CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED,**<br><br>Plaintiffs,<br><br>v.<br><br>**ROB BONTA, in his official capacity as Attorney General of the State of California; and DOES 1-10,**<br><br>Defendants. | Case No. 8:17-cv-00746-JLS-JDE<br><br>**DECLARATION OF JOHN D. ECHEVERRIA IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**<br><br>**[Dkt. 150]**<br><br>Date: July 28, 2023<br>Time: 10:30 a.m.<br>Courtroom: 8A<br>Judge: Hon. Josephine L. Staton<br>Trial Date: None set<br>Action Filed: April 24, 2017 |

1

I, John D. Echeverria, hereby declare and state the following:

1. I am a Deputy Attorney General at the California Department of Justice and serve as counsel to Defendant Rob Bonta, in his official capacity as Attorney General of the State of California ("Defendant"), in the above-titled matter. I make this declaration in support of Defendant's Opposition to Plaintiffs' Motion for Summary Judgement. Unless otherwise stated, I have personal knowledge of the facts set forth herein and am competent to testify thereto.

2. In support of Defendant's Motion for Summary Judgment, Dkt. 149, Defendant relied on Defendant's Exhibits 1 through 46, filed previously in support of and in opposition to the prior motions for summary judgment, *see* Dkts. 76, 90.

3. In support of Defendant's Motion for Summary Judgment, Defendant also submitted Defendant's Exhibits 47 through 87. *See* Dkt. 151.

3. Attached hereto are true and accurate copies of the following additional exhibits, which Defendant relies on in support of the concurrently filed Defendant's Opposition to Plaintiff's Motion for Summary Judgment:

| Exhibit Number | Document Description | Page Number |
|---|---|---|
| 88 | Deposition of Mark T. Hanish, *Oregon Firearms Fed'n v. Brown*, D. Or. No. 2:22-cv-01815-IM (Jan. 13, 2023) (excerpts) | 3030-3057 |
| 89 | Email from Sean Brady to John D. Echeverria, dated March 3, 2023 | 3058-3061 |
| 90 | Am. Ass'n for Public Opinion Research, The Code of Professional Ethics and Practices (2020) | 3062-3070 |
| 91 | Deposition of Gary D. Kleck, *Oregon Firearms Fed'n v. Brown*, D. Or. No. 2:22-cv-01815-IM (Jan. 25, 2023) (excerpts) | 3071-3080 |
| 92 | Nat'l Shooting Sports Found., Modern Sporting Rifle Comprehensive Consumer Report (2022) | 3081-3162 |
| 93 | U.S. Dep't of Justice, Bureau of Alcohol, Tobacco, Firearms & Explosives, Firearms Commerce in the United States: Annual Statistical Update 2021 (2021) | 3163-3191 |

| Exhibit Number | Document Description | Page Number |
|---|---|---|
| 94 | Ltr. From Stephanie M. Boucher, Chief, Disclosure Division, ATF, to Jeffrey E. Folloder, Feb. 24, 2016 | 3192-3193 |
| 95 | Darrell A.H. Miller & Jennifer Tucker, *Common, Use, Lineage, and Lethality*, 55 U.C. Davis L. Rev. 2495 (2022) | 3194-3213 |
| 96 | Deposition of Ashley Hlebinsky, *Oregon Firearms Fed'n v. Brown*, D. Or. No. 2:22-cv-01815-IM (Jan. 20, 2023) (excerpts) | 3214-3234 |
| 97 | Deposition of Clayton Cramer, *Oregon Firearms Fed'n v. Brown*, D. Or. No. 2:22-cv-01815-IM (Jan. 19, 2023) (excerpts) | 3235-3254 |
| 98 | Second Declaration of Clayton Cramer, *Oregon Firearms Fed'n v. Brown*, D. Or. No. 2:22-cv-01815-IM (Dec. 19, 2022) | 3255-3307 |
| 99 | Declaration of Yvette Glover, *Miller v. Bonta*, No. 19-cv-1537 BEN-JLB (S.D. Cal. Dec. 15, 2020) | 3308-3311 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 23, 2023, at San Francisco, California.

                                                                 /s/ John D. Echeverria
                                                                     John D. Echeverria
                                                              Deputy Attorney General