ROB BONTA
Attorney General of California
R. MATTHEW WISE
Supervising Deputy Attorney General
ANNA FERRARI
CHRISTINA R.B. LÓPEZ
Deputy Attorneys General
JOHN D. ECHEVERRIA
Deputy Attorney General
State Bar No. 268843
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 510-3479
 Fax:  (415) 703-1234
 E-mail:  John.Echeverria@doj.ca.gov
*Attorneys for Defendant Rob Bonta,*
*in his official capacity as Attorney General*
*of the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **STEVEN RUPP; STEVEN DEMBER; CHERYL JOHNSON; MICHAEL JONES; CHRISTOPHER SEIFERT; ALFONSO VALENCIA; TROY WILLIS; and CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**ROB BONTA, in his official capacity as Attorney General of the State of California; and DOES 1-10,**<br><br>Defendants. | Case No. 8:17-cv-00746-JLS-JDE<br><br>**DECLARATION OF JOHN D. ECHEVERRIA IN SUPPORT OF DEFENDANT'S REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:          July 28, 2023<br>Time:          10:30 a.m.<br>Courtroom:  8A<br>Judge:         Hon. Josephine L. Staton<br>Trial Date:   None set<br>Action Filed:  April 24, 2017 |

1

I, John D. Echeverria, hereby declare and state the following:

1.  I am a Deputy Attorney General at the California Department of Justice and serve as counsel to Defendant Rob Bonta, in his official capacity as Attorney General of the State of California ("Defendant"), in the above-titled matter.  I make this declaration in support of Defendant's Reply to Plaintiffs' Opposition to Defendant's Motion for Summary Judgment.  Unless otherwise stated, I have personal knowledge of the facts set forth herein and am competent to testify thereto.

2.  In support of Defendant's Motion for Summary Judgment, Dkt. 149, Defendant relied on Defendant's Exhibits 1 through 46, filed previously in support of and in opposition to the prior motions for summary judgment.  *See* Dkts. 76, 90.

3.  In support of Defendant's Motion for Summary Judgment, Defendant also submitted Defendant's Exhibits 47 through 87.  *See* Dkt. 151.

4.  In support of Defendant's Opposition to Plaintiffs' Motion for Summary Judgment, Defendant submitted Defendant's Exhibit 88 through 99.  *See* Dkt. 153.

3.  Attached hereto are true and accurate copies of the following additional exhibits, which Defendant relies on in support of the concurrently filed Defendant's Reply to Plaintiffs' Opposition to Defendant's Motion for Summary Judgment:

| Exhibit Number | Document Description | Page Number |
|---|---|---|
| 100 | Findings of Fact & Conclusions of Law, *Oregon Firearms Fed'n v. Kotek*, No. 2:22-cv-01815-IM (D. Or. July 14, 2023) (D. Or. Dkt. 252) | 3312-3434 |
| 101 | Associated Press, *Synagogue Shooter Struggled with Gun, Fled with 50 Bullets*, Apr. 30, 2019, https://tinyurl.com/mrxame2e | 3435-3441 |
| 102 | Tr. of Proceedings, *United States v. Earnest*, No. 3:19-CR-1850-AJB (S.D. Cal. Sept. 17, 2021) | 3442-3461 |
| 103 | Heather Hope, *Warrants Associated with Poway Synagogue Shooting Released*, CBS8.com, July 31, 2019, https://tinyurl.com/4vmnec9f (photo of rifle) | 3462-3463 |

| Exhibit Number | Document Description | Page Number |
|---|---|---|
| 104 | SKS Rifle, Small Arms Review, Oct. 12, 2022, https://tinyurl.com/4aeu5996 | 3464-3481 |
| 105 | *Testimony Taken by the Joint Select Committee to Inquire into the Conditions of Affairs in the Late Insurrectionary States: Florida*, 42d Cong., Rep. 22 (1872) (Ltr. from J. Q. D. to Hamilton, Sept. 30, 1869) | 3482-3488 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 14, 2023, at San Francisco, California.


_/s/ John D. Echeverria_
John D. Echeverria
Deputy Attorney General