UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No.  8:17-cv-00746-JLS-JDE | Date: July 20, 2023 |
| Title:  Steven Rupp et al v. Rob Bonta | |

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Catherine Jeang for V. R. Vallery | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**PROCEEDINGS:   (IN CHAMBERS)  ORDER: (1) CONTINUING HEARING ON MOTIONS FOR SUMMARY JUDGMENT (Docs. 149, 150) AND (2) CONTINUING OTHER PRETRIAL DEADLINES**

The hearing on the parties' motions for summary judgment (Docs. 149, 150) is currently set for July 28, 2023, at 10:30 a.m.  In light of the court's calendar, and on the court's own motion, the hearing on the Motions is CONTINUED to September 8, 2023, at 10:30 a.m.

The deadline to file motions *in limine* currently set for September 29, 2023, is CONTINUED to October 13, 2023.

The Final Pretrial Conference currently set for October 27, 2023, at 10:30 a.m. is CONTINUED to November 17, 2023, at 10:30 a.m.

Initials of Deputy Clerk: CMJ