# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 8:17-cv-00746-JLS-JDEx | Date | September 8, 2023 |
| Title | Steven Rupp et al v. Xavier Becerra et al | | |

**PRESENT: <u>HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE</u>**

| Gabriela Garcia | Wil Wilcox |
|---|---|
| Deputy Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| Edwin Aiwazian<br>Joanna Ghosh | NOT PRESENT |

**PROCEEDINGS:**     **DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [149]**

                                  **PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT [150]**

The case is called and counsel state their appearance. The motion hearing is held. The Court takes the motions under submission and a written order will issue.

:51

Initials of Clerk: <u>gga</u>