ROB BONTA
Attorney General of California
R. MATTHEW WISE
Supervising Deputy Attorney General
ANNA FERRARI
CHRISTINA R.B. LÓPEZ
Deputy Attorneys General
JOHN D. ECHEVERRIA
Deputy Attorney General
State Bar No. 268843
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 510-3479
 Fax:  (415) 703-1234
 E-mail:  John.Echeverria@doj.ca.gov
*Attorneys for Defendant Rob Bonta,
in his official capacity*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **STEVEN RUPP; STEVEN DEMBER; CHERYL JOHNSON; MICHAEL JONES; CHRISTOPHER SEIFERT; ALFONSO VALENCIA; TROY WILLIS; and CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED,**<br><br>Plaintiffs,<br><br>v.<br><br>**ROB BONTA, in his official capacity as Attorney General of the State of California; and DOES 1-10,**<br><br>Defendants. | Case No. 8:17-cv-00746-JLS-JDE<br><br>**STIPULATION AND JOINT REQUEST TO CONTINUE PRETRIAL DEADLINES**<br><br>Courtroom:  8A<br>Judge:  Hon. Josephine L. Staton<br>Trial Date:  None set<br>Action Filed: April 24, 2017 |

Pursuant to Federal Rule of Civil Procedure 16(b)(4) and Local Rule 7-1, Plaintiffs Steven Rupp, Steven Dember, Cheryl Johnson, Michael Jones, Christopher Seifert, Alfonso Valencia, Troy Willis, Dennis Martin, and the California Rifle & Pistol Association, Incorporated (collectively "Plaintiffs"), and Defendant Rob Bonta, in his official capacity as Attorney General of the State of California ("Defendant") (together with Plaintiffs, the "Parties"), through their respective attorneys of record, hereby stipulate and request as follows:

WHEREAS, the Parties have filed respective motions for summary judgment, Dkt. 149, 150;

WHEREAS, on September 8, 2023, the Court heard argument on the Parties' motions for summary judgment and took the motions under submission, Dkt. 160;

WHEREAS, the current scheduling order provides that the deadline to file motions in limine is set for October 13, 2023, and the Final Pretrial Conference is set for November 17, 2023, at 10:30 a.m., Dkt. 157;

WHEREAS, the granting of either of the Parties' motions for summary judgment would fully resolve all claims in this action and render moot existing pretrial deadlines;

WHEREAS, any other decision of the Court on the pending motions for summary judgment may provide helpful guidance to the Parties in preparing their pretrial documents, including by narrowing the issues of law and fact for trial;

WHEREAS, the Parties have met and conferred on the need to continue the pretrial deadlines and agree that it is in the best interest of the Parties and the Court to continue the pretrial deadlines; and

WHEREAS, the Parties agree that good cause exists to continue the pretrial deadlines by approximately sixty (60) days;

NOW, THEREFORE, the parties hereby stipulate and jointly request that:

1. The Court continue the deadline to file motions in limine currently set for October 13, 2023, to December 12, 2023.

1    4.   The Court continue the Final Pretrial Conference currently set for
2    November 17, 2023, at 10:30 a.m., to January 12, 2023, at 10:30 a.m.
3    **IT IS SO STIPULATED.**

4    Dated: October 5, 2023                     Respectfully submitted,

                                                ROB BONTA
                                                Attorney General of California
                                                R. MATTHEW WISE
                                                Supervising Deputy Attorney
                                                General
                                                ANNA FERRARI
                                                CHRISTINA R.B. LÓPEZ
                                                Deputy Attorneys General


                                                */s/ John D. Echeverria*


                                                JOHN D. ECHEVERRIA
                                                Deputy Attorney General
                                                *Attorneys for Defendant Rob
                                                Bonta, in his official capacity*


15   Dated: October 5, 2023                     MICHEL & ASSOCIATES, P.C.

                                                */s/ Sean A. Brady*

                                                SEAN A. BRADY
                                                *Attorneys for Plaintiffs*

**ATTESTATION OF E-FILED SIGNATURES**

I, John D. Echeverria, am the ECF User whose ID and password are being used to file the foregoing STIPULATION AND JOINT REQUEST TO CONTINUE PRETRIAL DEADLINES. Pursuant to Local Rule 5-4.3.4(a)(2), I hereby attest that all signatories concur in the filing's content and have authorized the filing.

Dated: October 5, 2023

*/s/ John D. Echeverria*
John D. Echeverria
Deputy Attorney General