IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **STEVEN RUPP; STEVEN DEMBER; CHERYL JOHNSON; MICHAEL JONES; CHRISTOPHER SEIFERT; ALFONSO VALENCIA; TROY WILLIS; and CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED,**<br><br>Plaintiffs,<br><br>v.<br><br>**ROB BONTA, in his official capacity as Attorney General of the State of California; and DOES 1-10,**<br><br>Defendants. | Case No. 8:17-cv-00746-JLS-JDE<br><br>**[PROPOSED] ORDER CONTINUING PRETRIAL DEADLINES**<br><br>Courtroom:  8A<br>Judge:  Hon. Josephine L. Staton<br>Trial Date:  None set<br>Action Filed: April 24, 2017 |

|   |   |
|---|---|
| 1 | The Court having reviewed the Parties' Stipulation and Joint Request to |
| 2 | Continue Pretrial Deadlines, and good cause appearing, hereby GRANTS the joint |
| 3 | request and ORDERS as follows: |
| 4 |     1.    The deadline to file motions in limine currently set for October 13, 2023, |
| 5 | is continued to December 12, 2023. |
| 6 |     2.    The Final Pretrial Conference currently set for November 17, 2023, at |
| 7 | 10:30 a.m., is continued to January 12, 2023, at 10:30 a.m. |
| 8 | **IT IS SO ORDERED.** |

Dated: _____        _____

                                                            Hon. Josephine L. Staton
                                                            United States District Court Judge