1
2
3
4
5
6
7
8
9
10
11
12
13

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STEVEN RUPP; STEVEN DEMBER; CHERYL JOHNSON; MICHAEL JONES; CHRISTOPHER SEIFERT; ALFONSO VALENCIA; TROY WILLIS; and CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**ROB BONTA, in his official capacity as Attorney General of the State of California; and DOES 1-10,**<br><br>Defendants. | Case No. 8:17-cv-00746-JLS-JDE<br><br>**ORDER CONTINUING PRETRIAL DEADLINES** |

1 | The Court having reviewed the Parties' Stipulation and Joint Request to
2 | Continue Pretrial Deadlines (Doc. 164), and good cause appearing, hereby
3 | GRANTS the joint request and ORDERS as follows:
4 |     1.    The deadline to file motions in limine currently set for October 13, 2023,
5 | is continued to December 12, 2023.
6 |     2.    The Final Pretrial Conference currently set for November 17, 2023, at
7 | 10:30 a.m., is continued to January 12, 2024, at 10:30 a.m.
8 | **IT IS SO ORDERED.**

Dated: October 11, 2023

_____
Hon. Josephine L. Staton
United States District Judge

1