C. D. Michel – SBN 144258
cmichel@michellawyers.com
Sean A. Brady – SBN 262007
sbrady@michellawyers.com
Matthew D. Cubeiro – SBN 291519
mcubeiro@michellawyers.com
Konstadinos T. Moros – SBN 306610
kmoros@michellawyers.com
MICHEL & ASSOCIATES, P.C.
180 East Ocean Boulevard, Suite 200
Long Beach, CA 90802
Telephone: 562-216-4444
Facsimile: 562-216-4445

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| STEVEN RUPP, et al., | Case No.: 8:17-cv-00746-JLS-JDE |
|---|---|
| Plaintiffs, | **JOINT STIPULATION AND REQUEST TO CONTINUE PRETRIAL DEADLINES** |
| vs. | |
| ROB BONTA, in his official capacity as Attorney General of the State of California, | Action Filed: April 24, 2017 |
| Defendant. | |

| | |
|---|---|
| 1 | Pursuant to Federal Rule of Civil Procedure 16(b)(4) and Local Rule 7-1, |
| 2 | Plaintiffs Steven Rupp, Steven Dember, Cheryl Johnson, Michael Jones, Christopher |
| 3 | Seifert, Alfonso Valencia, Troy Willis, Dennis Martin, and the California Rifle & |
| 4 | Pistol Association, Incorporated, (collectively "Plaintiffs") and Defendant Rob |
| 5 | Bonta, in his official capacity as Attorney General of the State of California |
| 6 | ("Defendant") (together with Plaintiffs, "the Parties"), through their respective |
| 7 | attorneys of record, hereby stipulate and request as follows: |
| 8 | WHEREAS, the Parties have filed respective Motions for Summary Judgment |
| 9 | (Dkt. 149, 150); |
| 10 | WHEREAS, on September 8, 2023, the Court heard argument on the Parties' |
| 11 | motions for summary judgment and took the motions under submission (Dkt. 160); |
| 12 | WHEREAS, on October 5, 2023, the Parties requested a continuance of |
| 13 | certain pretrial deadlines by approximately two months (Dkt. 164), which the Court |
| 14 | granted (Dkt. 166); |
| 15 | WHEREAS, on December 4, 2023, the Parties requested a second |
| 16 | continuance of certain pretrial deadlines by approximately two months (Dkt. 168), |
| 17 | which the Court granted (Dkt. 169); |
| 18 | WHEREAS, the current scheduling order provides that the deadline to file |
| 19 | motions in limine is set for February 9, 2024, and the Final Pretrial Conference is set |
| 20 | for March 8, 2024; |
| 21 | WHEREAS, the granting of either of the Parties' motions for summary |
| 22 | judgment would fully resolve all claims in this action and render moot existing |
| 23 | pretrial deadlines; |
| 24 | WHEREAS, any other decision of the Court on the pending motions for |
| 25 | summary judgment may provide helpful guidance to the Parties in preparing their |
| 26 | pretrial documents, including by narrowing the issues of law and fact for trial; |
| 27 | WHEREAS, the Parties have met and conferred on the need to continue the |
| 28 | pretrial deadlines and agree that it is in the best interest of the Parties and the Court |

to further continue the pretrial deadlines; and

    WHEREAS, the Parties agree that good cause exists to continue the pretrial deadlines by an additional period of approximately sixty (60) days;

    NOW, THEREFORE, the Parties hereby stipulate and jointly request that:

    1.    The Court continue the deadline to file motions in limine currently set for February 9, 2024, to April 9, 2024.

    2.    The Court continue the Final Pretrial Conference currently set for March 8, 2024, at 10:30 a.m., to May 9, 2024, at 10:30 a.m.

**IT IS SO STIPULATED.**

Dated: February 2, 2024            **MICHEL & ASSOCIATES, P.C.**

                                       *s/ Sean A. Brady*
                                       Sean A. Brady
                                       Attorneys for Plaintiffs

Dated: February 2, 2024            ROB BONTA
                                       Attorney General of California
                                       R. MATTHEW WISE
                                       Supervising Deputy Attorney General
                                       ANNA FERRARI
                                       CHRISTINA R.B. LOPEZ
                                       Deputy Attorneys General

                                       *s/ John D. Echeverria*
                                       JOHN D. ECHEVERRIA
                                       Deputy Attorney General
                                       Attorney for Defendant

**ATTESTATION OF E-FILED SIGNATURES**

I, Sean A. Brady, am the ECF User whose ID and password are being used to file this JOINT STIPULATION AND REQUEST TO CONTINUE PRETRIAL DEADLINES. In compliance with Central District of California L.R. 5-4.3.4, I attest that all signatories are registered CM/ECF filers and have concurred in this filing.

Dated: February 2, 2024      *s/ Sean A. Brady*
　　　　　　　　　　　　　　　Sean A. Brady

# CERTIFICATE OF SERVICE
## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

Case Name: *Rupp, et al. v. Bonta*
Case No.: 8:17-cv-00746-JLS-JDE

IT IS HEREBY CERTIFIED THAT:

    I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 East Ocean Boulevard, Suite 200, Long Beach, California 90802.

    I am not a party to the above-entitled action. I have caused service of:

**JOINT STIPULATION AND REQUEST TO CONTINUE PRETRIAL DEADLINES**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Xavier Becerra
Attorney General of California
Anna Ferrari
Deputy Attorney General
Email: anna.ferrari@doj.ca.gov
Christina R.B. Lopez
Email: christina.lopez@doj.ca.gov
John D. Echeverria
Email: john.echeverria@doj.ca.gov
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102

    I declare under penalty of perjury that the foregoing is true and correct.

Executed February 2, 2024.

_Laura Palmerin_
Laura Palmerin