ROB BONTA
Attorney General of California
R. MATTHEW WISE
Supervising Deputy Attorney General
ANNA FERRARI
CHRISTINA R.B. LÓPEZ
Deputy Attorneys General
JOHN D. ECHEVERRIA
Deputy Attorney General
State Bar No. 268843
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 510-3479
 Fax:  (415) 703-1234
 E-mail:  John.Echeverria@doj.ca.gov
*Attorneys for Defendant Rob Bonta,
in his official capacity*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **STEVEN RUPP; STEVEN DEMBER; CHERYL JOHNSON; MICHAEL JONES; CHRISTOPHER SEIFERT; ALFONSO VALENCIA; TROY WILLIS; and CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**ROB BONTA, in his official capacity as Attorney General of the State of California; and DOES 1-10,**<br><br>Defendants. | Case No. 8:17-cv-00746-JLS-JDE<br><br>**DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>Courtroom: 8A<br>Judge: Hon. Josephine L. Staton<br>Trial Date: None set<br>Action Filed: April 24, 2017 |

**TO THE COURT, THE PARTIES, AND THEIR COUNSEL OF RECORD**:

Defendant Rob Bonta, in his official capacity as Attorney General of the State of California, hereby submits this Notice of Supplemental Authority. On February 22, 2024, the United States Court of Appeals for the Ninth Circuit issued an order providing that the case of *Teter v. Lopez*, No. 20-15948 (9th Cir.), will be reheard en banc, vacating the three-judge panel opinion. Accordingly, *Teter v. Lopez*, 76 F.4th 938 (9th Cir. 2023), is no longer binding authority.

The Ninth Circuit's order is relevant to this case because the vacated *Teter* opinion was cited in Plaintiffs' Notice of Supplemental Authority, Dkt. 158, and discussed during the September 8, 2023 hearing on the parties' motions for summary judgment.

A true and correct copy of the Ninth Circuit's order granting rehearing en banc in *Teter* is attached hereto as **Exhibit 1**.

Dated: February 23, 2024                               Respectfully submitted,

ROB BONTA
Attorney General of California
R. MATTHEW WISE
Supervising Deputy Attorney General
ANNA FERRARI
CHRISTINA R.B. LÓPEZ
Deputy Attorneys General


*/s/ John D. Echeverria*

JOHN D. ECHEVERRIA
Deputy Attorney General
*Attorneys for Defendant Rob Bonta,
in his official capacity*

# EXHIBIT 1

FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

FEB 22 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

ANDREW TETER; JAMES GRELL,

        Plaintiffs-Appellants,

v.

ANNE E. LOPEZ; DARRYL NG,

        Defendants-Appellees.

No. 20-15948

D.C. No.
1:19-cv-00183-ACK-WRP
District of Hawaii,
Honolulu

**ORDER**

**MURGUIA**, Chief Judge:

    Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3. The three-judge panel opinion is vacated.

    Judges Owens and Bennett did not participate in the deliberations or vote in this case.