JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN RUPP; STEVEN DEMBER; CHERYL JOHNSON; MICHAEL JONES; CHRISTOPHER SEIFERT; ALFONSO VALENCIA; TROY WILLIS; DENNIS MARTIN; and CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED,<br><br>  Plaintiffs,<br><br>  v.<br><br>ROB BONTA, in his official capacity as Attorney General of the State of California; and DOES 1-10,<br><br>  Defendants. | Case No. 8:17-cv-00746-JLS-JDE<br><br>**FINAL JUDGMENT** |

The motions for summary judgment filed by Defendant Rob Bonta, in his official capacity as Attorney General of the State of California (Dkt. 149), and Plaintiffs Steven Rupp, Steven Dember, Cheryl Johnson, Michael Jones, Christopher Seifert, Alfonso Valencia, Troy Willis, Dennis Martin, and the California Rifle & Pistol Association, Inc. (Dkt. 150), respectively, came on for hearing before this Court on September 8, 2023. After considering the moving and opposing papers and evidence, and the arguments of counsel at the hearing, the Court issued an order granting Defendant Attorney General's motion for summary judgment and denying Plaintiffs' motion for summary judgment. (Dkt. 173.)

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment is entered in favor of Defendant Rob Bonta, as Attorney General of the State of California, and against Plaintiffs Steven Rupp, Steven Dember, Cheryl Johnson, Michael Jones, Christopher Seifert, Alfonso Valencia, Troy Willis, Dennis Martin, and the California Rifle & Pistol Association, Inc. Plaintiffs shall take nothing by way of their Third Amended Complaint from Defendant Rob Bonta, as Attorney General of the State of California. Each and every claim and prayer for relief asserted in Plaintiffs' Third Amended Complaint is denied. Defendant is the prevailing party and shall be entitled to recover reasonable costs of suit. Defendant may submit a "Bill of Costs" and an "Application to the Clerk to Tax Costs" to recover any eligible litigation costs in this action. *See* C.D. Cal. R. 54-2, 54-2.1.

**IT IS SO ORDERED.**

Dated: March 25, 2024

Hon. Josephine L. Staton
United States District Court Judge