| | |
|---|---|
| 1 | ROB BONTA |
| | Attorney General of California |
| 2 | R. MATTHEW WISE |
| | Supervising Deputy Attorney General |
| 3 | ANNA FERRARI |
| | CHRISTINA R.B. LÓPEZ |
| 4 | Deputy Attorneys General |
| | JOHN D. ECHEVERRIA |
| 5 | Deputy Attorney General |
| | State Bar No. 268843 |
| 6 |   455 Golden Gate Avenue, Suite 11000 |
| |   San Francisco, CA  94102-7004 |
| 7 |   Telephone:  (415) 510-3479 |
| |   Fax:  (415) 703-1234 |
| 8 |   E-mail:  John.Echeverria@doj.ca.gov |
| | *Attorneys for Defendant Rob Bonta,* |
| 9 | *in his official capacity* |

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **STEVEN RUPP, et al.,** | Case No. 8:17-cv-00746-JLS-JDE |
| Plaintiffs, | **STIPULATION AND JOINT REQUEST TO STAY LITIGATION OF COSTS PENDING APPEAL** |
| v. | |
| **ROB BONTA, in his official capacity as Attorney General of the State of California, et al.,** | Courtroom: 8A |
| | Judge: Hon. Josephine L. Staton |
| | Trial Date: None set |
| Defendants. | Action Filed: April 24, 2017 |

The parties, Plaintiffs Steven Rupp, Steven Dember, Cheryl Johnson, Michael Jones, Christopher Seifert, Alfonso Valencia, Troy Willis, Dennis Martin, and the California Rifle & Pistol Association, Incorporated, ("Plaintiffs") and Defendant Rob Bonta, in his official capacity as Attorney General of the State of California ("Defendant") (collectively, the "Parties"), through their respective attorneys of record, hereby stipulate and jointly request an order staying all proceedings regarding recovery of costs in this action until 30 days after the completion of any and all appellate proceedings in this case. The Parties' joint request is based on the good cause shown below.

WHEREAS, on March 15, 2024, this Court granted Defendant's motion for summary judgment and denied Plaintiffs' motion for summary judgment in this matter, Dkt. 173;

WHEREAS, on March 25, 2024, the Court entered final judgment in this matter, declaring that Defendant is the prevailing party and shall be entitled to recovery of reasonable costs of suit, Dkt. 175;

WHEREAS, the deadline for Defendant to submit a "Bill of Costs" and an "Application to the Clerk to Tax Costs" is currently April 8, 2024, *see* C.D. Cal. R. 54-2, 54-2.1;

WHEREAS, Plaintiffs intend to appeal the judgment;

WHEREAS, a district court may defer litigation of attorneys' fees and costs until a pending appeal has been decided, *see* Fed. R. Civ. P. 54 cmt. (1993 amend.) ("If an appeal on the merits of the case is taken, the court may rule on the claim for fees, may defer its ruling on the motion, or may deny the motion without prejudice, directing under subdivision (d)(2)(B) a new period for filing after the appeal has been resolved"); and

WHEREAS, granting the requested stay would preserve judicial resources, the Parties' resources, and allow the Parties to focus on preparing the merits appeal for the Ninth Circuit;

IT IS HEREBY STIPULATED AND AGREED that good cause exists for an order staying litigation of costs during the pendency of any appeal of this Court's judgment. Based on that good cause, the Parties hereby stipulate to a joint request that the Court issue an order staying all proceedings regarding costs in this action until 30 days after a mandate issues from the Ninth Circuit or, if no notice of appeal is timely filed in this case, until May 24, 2024.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: April 4, 2024 | Respectfully submitted, |
| | ROB BONTA<br>Attorney General of California<br>R. MATTHEW WISE<br>Supervising Deputy Attorney General<br>ANNA FERRARI<br>CHRISTINA R.B. LÓPEZ<br>Deputy Attorneys General |
| | */s/ John D. Echeverria* |
| | JOHN D. ECHEVERRIA<br>Deputy Attorney General<br>*Attorneys for Defendant Rob Bonta, in his official capacity* |
| Dated: April 4, 2024 | MICHEL & ASSOCIATES, P.C. |
| | */s/ Sean A. Brady* |
| | SEAN A. BRADY<br>*Attorneys for Plaintiffs* |

**ATTESTATION OF E-FILED SIGNATURES**

I, John D. Echeverria, am the ECF User whose ID and password are being used to file the foregoing STIPULATION AND JOINT REQUEST TO STAY LITIGATION OF COSTS PENDING APPEAL.  Pursuant to Local Rule 5-4.3.4(a)(2), I hereby attest that all signatories concur in the filing's content and have authorized the filing.

Dated: April 4, 2024

*/s/ John D. Echeverria*
John D. Echeverria
Deputy Attorney General