IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **STEVEN RUPP, et al.,** | Case No. 8:17-cv-00746-JLS-JDE |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING STIPULATION AND JOINT REQUEST TO STAY LITIGATION OF COSTS PENDING APPEAL** |
| **v.** | |
| **ROB BONTA, in his official capacity as Attorney General of the State of California, et al.,** | |
| Defendants. | |

1

The Court having reviewed the Parties' Stipulation and Joint Request to Stay Litigation of Costs Pending Appeal, and good cause appearing, hereby GRANTS the joint request. It is hereby ORDERED that all proceedings regarding costs in this action shall be stayed until 30 days after a mandate issues from the Ninth Circuit or, if no notice of appeal is timely filed in this case, until May 24, 2024.

**IT IS SO ORDERED.**

Dated: _____

Hon. Josephine L. Staton
United States District Court Judge